UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM F. KEMP, Jr.,

        Petitioner,        Case No. 1:15-cv-1063

v.

        Honorable Paul L. Maloney

UNITED STATES OF AMERICA,

        Respondent.
_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:   December 22, 2015        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge